UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-6806

VICTOR COLLYN GREENE,

Plaintiff - Appellant,

versus

MARSHA MALOFF; THOMAS R. CORCORAN; JOEL N.
BADGER; JEFFREY MYERS; CURTIS W. HENSON, Cor-
rectional Officer; JOHN C. STEVENS, Captain;
TAMMIE L. KIEL, Correctional Officer; JESSE D.
WIGGINS, Lieutenant; CRAIG W. BLANK, Correc-
tional Officer,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge.
(CA-95-2987-JFM)

Submitted: November 7, 1996        Decided: November 19, 1996

Before RUSSELL and WIDENER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Victor Collyn Greene, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney
General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court. Greene v. Maloff, No. CA-95-2987-JFM (D. Md. Apr. 24, 1996). We also note that Appellant's Eighth Amendment claim was properly dismissed for failure to provide evidence of a serious or significant injury or a substantial risk of serious harm. Shakka v. Smith, 71 F.3d 162, 166 (4th Cir. 1995). We deny Appellant's motions for suspension of rules, remand, counsel and consolidation. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED